**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 14-33853    LMI    Judge: LAUREL MYERSON ISICOFF | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: SPINUZZI, DANIEL | Date Filed (f) or Converted (c): 10/28/14 (f) |
| | 341(a) Meeting Date: 12/30/14 |
| For Period Ending: 12/31/15 | Claims Bar Date: 06/03/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8620 SW 212 Street, #303, Miami, FL 33189<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.<br>Debtor Claimed Exemption | 68,490.00 | 1.00 | | 0.00 | 1.00 |
| 2. Wells Fargo Checking Account X1695<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court. | 300.00 | 1.00 | | 0.00 | 1.00 |
| 3. Household Goods<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.<br>Debtor Claimed Exemption | 770.00 | 1.00 | | 0.00 | 1.00 |
| 4. Miscellaneous Clothes<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.<br>Debtor Claimed Exemption | 150.00 | 1.00 | | 0.00 | 1.00 |
| 5. Watch<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.<br>Debtor Claimed Exemption | 60.00 | 1.00 | | 0.00 | 1.00 |
| 6. 100 Shares DONATE MEDICAL CENTER<br>Trustee to determine whether asset can be abandoned after certain issues are resolved in state court. | 10.00 | 1.00 | | 0.00 | 1.00 |
| 7. Claim against The Keyes Company, Louis Mont, Niurka Donate and Alberto Gomez for Fraud and Misrepresentation regarding purchase of DONATE MEDICAL CENTER INC. The case was filed in the Eleventh Judicial Circuit in and for Miami Dade County Florida under case no. 2014-21901 CA-01. | Unknown | 1.00 | | 0.00 | 1.00 |

LFORM1    Ver: 19.05a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 14-33853 | LMI | Judge: LAUREL MYERSON ISICOFF |
|---|---|---|---|
| Case Name: | SPINUZZI, DANIEL | | |

| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 10/28/14 (f) |
| 341(a) Meeting Date: | 12/30/14 |
| Claims Bar Date: | 06/03/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Claim against Akerman-Senterfit for legal malpractice for negligent representation regarding purchase of DONATE MEDICAL CENTER INC. | Unknown | 1.00 | | 0.00 | 1.00 |
| 9. 2014 Chevrolet Sonic  Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.  Debtor Claimed Exemption | 18,000.00 | 1.00 | | 0.00 | 1.00 |
| 10. Computer  Trustee to determine whether asset can be abandoned after certain issues are resolved in state court.  Debtor Claimed Exemption | 50.00 | 1.00 | | 0.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $87,830.00 | $10.00 | | $0.00 | Gross Value of Remaining Assets $10.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 08, 2014 Tabas firm to represent trustee; trustee to pursue numerous assets; The debtor is a doctor, owns an open and operating medical center, has numerous claims as a plaintiff in litigation (see B-21 and SOfA 4).

January 07, 2015 The 341 meeting has not yet occurred; trustee's counsel is arranging phone call with debtor's counsel relating to state court litigation.

January 13, 2015 The meeting of creditors was held; trustee conducted home inspection after creditor meeting.

| | |
|---|---|
| Case No: 14-33853    LMI    Judge: LAUREL MYERSON ISICOFF | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: SPINUZZI, DANIEL | Date Filed (f) or Converted (c): 10/28/14 (f) |
| | 341(a) Meeting Date: 12/30/14 |
| | Claims Bar Date: 06/03/15 |

January 15, 2015 Tabas firm to substitute as counsel in litigation against Keyes Co. et al, and to handle malpractice litigation against Akerman firm.

February 26, 2015 Trustee has entered into Stipulation with debtor for his cooperation with respect to litigation claims; Debtor to receive 10% of the net recovery from the litigation claims (as defined in the agreement) in exchange for the Debtor's full cooperation with the Trustee.

May 08, 2015  Case Management Conference in state court on Tuesday May 12, 2015 at 2:00 p.m. in front of Judge Thornton, Dade County Courthouse, 73 West Flagler Street Miami FL, 33130 ,
Room Number: DCC 1017.

May 14, 2015 In state court litigation, the following deadlines have been set by the Court:  Final Case Management Conference - May 5, 2016; Final Pre-Trial Conference - July 21, 2016; Jury Trial - August 1, 2016.

June 15, 2015 Depositions of defendants in state court action are being held in July and August.  Court ordered mediation to be set before August; trial will be set in August 2016.

August 25, 2015  Clerk's defaults have been entered against two of the defendants, Niurka Donate and Alberto Gomez, but trustee is still litigating with the broker, Luis Mont and his employer, the Keyes Company.  After extensive discovery, trustee's counsel has determined that there is insufficient basis to continue to proceed against the Keyes Company and Mont; trustee to seek voluntary dismissal against these defendants with each side to bear its own costs, and proceed to obtain a final judgment against Niurka Donate and Alberto Gomez so that trustee may pursue collection efforts against them.  It is uncertain whether these defendants are collectible.

September 03, 2015 Stipulation was executed, dropping Defendants Louis Mont and The Keyes Company with prejudice.

October 30, 2015 Legal work is on-going.

December 09, 2015 Trustee's counsel is obtaining default judgment against remaining defendants; hearing is set for January 28, 2016.

Initial Projected Date of Final Report (TFR): 01/12/18    Current Projected Date of Final Report (TFR): 05/30/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | |
|---|---|
| Case No: 14-33853  LMI  Judge: LAUREL MYERSON ISICOFF | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: SPINUZZI, DANIEL | Date Filed (f) or Converted (c): 10/28/14 (f) |
| | 341(a) Meeting Date: 12/30/14 |
| | Claims Bar Date: 06/03/15 |

/s/    MARCIA T. DUNN, TRUSTEE
_____    Date: 01/20/16
     MARCIA T. DUNN, TRUSTEE

LFORM1                                                                                                                                        Ver: 19.05a